Katherine Vidal (SBN: 194971)
*KVidal@winston.com*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone:  (650) 858-6500
Facsimile:   (650) 858-6550

Steven M. Anzalone
(*Pro Hac Vice* to be Submitted)
*SAanzalone@winston.com*
Paul C. Goulet
(*Pro Hac Vice* to be Submitted)
*PGoulet@winston.com*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

Attorneys for Plaintiffs

Olympus Corporation of the Americas,
Olympus America Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olympus Corporation of the Americas, Olympus America Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Erbe Elektromedizin GmbH, Erbe USA, Inc.<br><br>Defendants. | **Case No. 3:19-cv-7039**<br><br>**PLAINTIFFS OLYMPUS CORPORATION OF THE AMERICAS AND OLYMPUS AMERICA INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Olympus Corporation of the Americas and Olympus America Inc. state the following:

1. Olympus Corporation of the Americas is a subsidiary of Olympus Corporation. No other corporation owns 10% or more of the interest of Olympus Corporation of the Americas.

2. Olympus America Inc. is a wholly-owned subsidiary of Olympus Corporation of the Americas.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 25, 2019            WINSTON & STRAWN LLP

By:  /s/ Katherine Vidal
Katherine Vidal (SBN: 194971)
KVidal@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone:  (650) 858-6500
Facsimile:  (650) 858-6550

Steven M. Anzalone
(*Pro Hac Vice* to be Submitted)
SAanzalone@winston.com
Paul C. Goulet
(*Pro Hac Vice* to be Submitted)
PGoulet@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

Attorneys for Plaintiffs

OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS AMERICA INC.